THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jimmy Dean Jones,       
Appellant.
 
 
 

Appeal From Spartanburg County
Donald W. Beatty, Circuit Court Judge

Unpublished Opinion No.   2003-UP-317
Submitted February 20, 2003 - Filed 
 May 7, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia; 
 for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Harold W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM: Jimmy Dean Jones was indicted by a Spartanburg 
 County grand jury for kidnapping and criminal domestic violence of a high and 
 aggravated nature.   Following a jury trial, Jones was found guilty of both 
 charges and sentenced to twenty years for kidnapping and ten years for criminal 
 domestic violence of a high and aggravated nature.  
Counsel for Jones attached a petition to be relieved to the 
 final brief stating she had reviewed the record and found the appeal to be without 
 merit.  Jones filed a separate pro se brief.  After a review of 
 the record and counsel and Joness briefs pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Joness appeal and 
 grant counsels motion to be relieved.
APPEAL DISMISSED.
 HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without 
 oral argument pursuant to Rule 215, SCACR.